UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ELECTRICAL RETIREMENT FUND, | ) ) ) | Civil Action No. 3:19-cv-00173 |
| Plaintiff, | ) ) | *Campbell, Jr./Newbern* |
| v. | ) ) ) | |
| DALE C. ROSSMAN, INC., | ) ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT**

Default was entered in this action against Dale C. Rossman, Inc. (Rossman) on June 20, 2019 (Docket Entry No. 14).

Pursuant to Fed. R. Civ. P. 55(b)(2), the Southern Electrical Retirement Fund (SERF) moves the Court to enter default judgment against Rossman and suggests the judgment should convert the preliminary injunction (Docket Entry No. 18) to permanent status and include a monetary award for delinquent contributions plus the additional sums required under 29 U.S.C. § 1132(g)(2)(C).

In support of this motion, SERF submits the Declaration of Kimberly Reynolds showing the amount due is for the sum certain of $3,476.10 consisting of $618.68 delinquent contributions, interest of $382.46, and the greater of interest or 20% of the contributions due which is $382.46. To this should be added attorney fees and expenses totaling $2,092.50.

The total judgment sought against Rossman is $3,476.10. The declaration of undersigned counsel is filed contemporaneously with this motion and provides details of the attorney fees and expenses incurred in this civil action.

A supporting memorandum demonstrates default judgment should be entered in the above amount under Fed. R. Civ. P. 55(b)(2) and the preliminary injunction converted to a permanent injunction.

For the convenience of the Court, a proposed order granting the requested relief is filed simultaneously herewith.

                                          Respectfully submitted,

                                          s/R. Jan Jennings
                                          R. Jan Jennings, BPR No. 1536
                                          Branstetter, Stranch & Jennings, PLLC
                                          223 Rosa L. Parks Avenue, Ste. 200
                                          Nashville, TN   37203
                                          Tel.:   (615) 254-8801
                                          Email:   janj@bsjfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served via U.S. First-Class Mail, postage pre-paid to the following:

                              Dale C. Rossman, Inc.
                              c/o Registered Agents, Inc.
                              4445 Corporation Lane, Suite 264
                              Virginia Beach, VA 23462

This 30th day of August, 2019.

                                          s/R. Jan Jennings
                                          R. Jan Jennings

{001125/19157/00490698.DOCX / Ver.1}

2

Case 3:19-cv-00173   Document 19   Filed 08/30/19   Page 2 of 2 PageID #: 47